ALAN MYERS, CPA
4121 Paseo Montanas
San Diego, CA  92130
Phone:  (858) 755-9639
Accountant for Ronald E. Stadtmueller, Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO.  12-05267-LA7 |
| MATTHEW & KIMBERLY MOORE, | FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF COSTS OF ACCOUNTANT FOR TRUSTEE |
| Debtor. | DATE:   September 7, 2017<br>TIME:   2:00 P.M.<br>DEPT:   (2) Two<br>JUDGE: Honorable<br>Louise DeCarl Adler |

## I. INTRODUCTION

Alan Myers, Certified Public Accountant ("applicant"), respectfully requests that this Court approve and award, as final compensation, fees and costs for services rendered by applicant to Ronald E. Stadtmueller, the Chapter 7 Trustee ("trustee") for the estate of Crystal Lynn Powell ("debtor").

This request covers the period June 12, 2017 through July 26, 2017, for fees in the sum of $1,281.00 and reimbursement of costs in the sum of $127.93, for a total of $1,408.93.  Applicant further requests this Court to authorize the Trustee to pay to applicant, without need of an additional notice, hearing or Court order, an amount not to exceed $300.00, for any miscellaneous work and costs actually incurred after the submission of this application.

The Trustee currently has approximately $18,400.00 in the estate's bank accounts for payment of administrative expenses.

Applicant has not previously filed an application for compensation and reimbursement of costs in this case.

///

-1-

## II. <u>STATEMENT OF THE CASE</u>

1.     On April 12, 2012, the debtor filed a Chapter 7 petition with this Court. Shortly thereafter, Ronald E. Stadtmueller was appointed the debtor's Chapter 7 Trustee.

2.     On July 05, 2017, an order was entered by this Court authorizing the Trustee to employ applicant as Certified Public Accountant for the estate, effective as of June 12, 2017.

3.     Applicant was employed to perform the following services:

a)     Locate, obtain and or exam records of the debtor in connection with the preparation of required federal and state fiduciary income tax returns;

b)     Prepare summary of the receipts and disbursements to and from the estate's bank accounts;

c)     Prepare the necessary federal and state fiduciary income tax returns and related 505(b) letters;

d)     Prepare this fee application; and

e)     Otherwise assist the Trustee in all aspects of the Trustee's performance of his duties under Section 704 of the Bankruptcy Code, and the applicable Rules, as the Trustee deems necessary or appropriate.

## III. <u>DESCRIPTION OF SERVICES RENDERED BY APPLICANT</u>

4.     The portions of the application set forth in this section generally describes the areas of services performed by applicant.  The description of services does not include each and every problem encountered nor each and every service rendered; a more particularized description is set forth in Exhibit "B", attached hereto and incorporated herein by this reference.

5.     During the period June 12, 2017 through July 26, 2017, applicant engaged in various accounting functions as follows:

a)     **<u>Tax Returns</u>:**  Rendering services in connection with preparing the 2016 federal and state fiduciary income tax returns.  Applicant prepared the returns as well as

the necessary attachments, transmittal letters, and supporting workpapers.  The 505(b) letters used to shorten the statute of limitations from three years to sixty days were also prepared.

b)    **Miscellaneous:**  Rendering services in connection with miscellaneous services not elsewhere classified.  Such time is for application to employ, certain minor administrative duties, office and or telephone conversations with the Trustee and the like.

c)    **Fee Application:**  Preparing this first and final fee application.  The task involved the review and classification of each service description in Exhibit "B", preparing the narrative portions of this application and the summary of fees and costs.

6.    No arrangement or understanding exists between applicant and any other person or entity for sharing or division of compensation to be received for services rendered in connection with this case.

7.    Applicant is the only professional requesting fees in this fee application. Applicant charges different hourly rates depending on the specific task.

## IV. SUMMARY OF FEES

8.    This section provides a summary of time and charges for all the aforementioned services performed by applicant as follows:

| Services | Rate | Hours | Amount | Pages |
|---|---|---|---|---|
| a) Tax Returns | $185.00 | 2.8 | $   518.00 | 7 |
| b) Miscellaneous | 240.00 | 0.9 | 216.00 | 8 |
| Miscellaneous | 140.00 | 1.0 | 140.00 | |
| c) Fee Application | $185.00 | 2.2 | 407.00 | 9 |
| TOTALS: | | 6.9 | $ 1,281.00 | |

## V. COSTS ADVANCED ON BEHALF OF THE ESTATE

9.    During the period of this application, applicant advanced reasonable and necessary costs on behalf of the estate in the sum of $127.93.  An itemization of said costs appears at the end of Exhibit "B".

///

///

## VI.  ORDER REQUESTED

WHEREFORE, applicant respectfully requests an order as follows:

1.     For approval and award, as final compensation, fees for services rendered to the debtor estate by applicant for the period June 12, 2017 through July 26, 2017, in the sum of $1,281.00, together with reimbursement of reasonable costs necessarily advanced in the sum of $127.93 for a total of $1,408.93;

2.     For payment forthwith by the Trustee to applicant of such unpaid compensation and reimbursement from the funds of the estate as a Chapter 7 administrative expense;

3.     That the Trustee be authorized to pay applicant without the need of an additional notice, hearing or Court order, the actual amount for any miscellaneous accounting work and costs incurred, not to exceed $300.00, upon the Trustee's review and approval of any supplemental statements; and

4.     For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Alan Myers, CPA

Dated: July 26, 2017                By:    _____
                                                      Alan Myers, Accountant for
                                                      Ronald E. Stadtmueller, Trustee

///
///
///
///
///
///
///
///
///

Matthew & Kimberly Moore; No. 12-05267-LA7; First & Final Application For Allowance of Compensation and Reimbursement of Costs of Accountant for Trustee
-4-

1      **DECLARATION OF CERTIFIED PUBLIC ACCOUNTANT UNDER RULE 2016**

2      I, Alan Myers, CPA declare:

3      1.      I am a certified public accountant licensed by the State of California;

4      2.      The statements contained in the foregoing First and Final Application for

5 Allowance of Compensation and Reimbursement of Costs for Accountant for the estate

6 are true according to the best of my knowledge and belief;

7      3.      No arrangement or understanding exists between me and any other person

8 or entity for sharing or division of compensation to be received for services rendered in

9 connection with this application; and

10      4.      Prior to filing this application with the Court, I presented an exact copy to the

11 Trustee for his review and comment.  The Trustee has informed me he has no objection

12 to this application being presented to the Court.

13      I declare under penalty of perjury under the laws of the State of California that the

14 foregoing is true and correct to the best of my knowledge.

15      This declaration is executed this 26th day of July, 2017, at San Diego, California.

16

17

                    Alan Myers, CPA

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: MATTHEW & KIMBERLY MOORE            DATE PETITION FILED: 04/12/12
CASE NO.: 12-05267-LA7

## FEE APPLICATION SUMMARY

APPLICANT: ALAN MYERS, CPA           , REPRESENTING R. E. STADTMUELLER, TRUSTEE

ORDER APPROVING EMPLOYMENT: JULY 05, 2017

| CATEGORIES[1] | ___ INTERIM PERIOD ___ TO ___ | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Tax Returns | 2.8 | 518.00 |
| Miscellaneous | 1.9 | 356.00 |
| Fee Application | 2.2 | 407.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTALS:** | 6.9 | 1,281.00 |

NOTE: Attach all fee application summaries for prior interim hearings.

_____

[1]See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

ALAN MYERS, CPA
4121 PASEO MONTANAS
SAN DIEGO, CA  92130
T:  858 755 9639
amcpa53@gmail.com


MATTHEW & KIMBERLY MOORE
BANKRUPTCY ESTATE
RONALD E. STADTMUELLER, TRUSTEE
CASE NO. 12-05267-LA7

      In Re:   **TAX RETURNS**

| DATE | | HOURS | AMOUNT |
|------|---|-------|--------|
| 07/18/2017 | Prepare input for use in processing the 2016 federal and state income tax returns. | 0.8 | 148.00 |
| | Review the first draft of the year 2016 federal and state income tax returns, make corrections and rerun. | 0.2 | 37.00 |
| | Prepare attachments and transmittal letters for the year 2016 federal and state income tax returns. | 0.6 | 111.00 |
| | Prepare forms 1041, 2848, 541 and 3520 for the 2016 federal and state income tax returns. | 0.8 | 148.00 |
| | Final review of the year 2016 federal and state income tax returns and prepare for Trustee's signature. | 0.4 | 74.00 |
| | Tax Returns Time and Fees Totals | 2.8 | 518.00 |

Exhibit "___B___"

Page 7

ALAN MYERS, CPA
4121 PASEO MONTANAS
SAN DIEGO, CA  92130
T:  858 755 9639
amcpa53@gmail.com


MATTHEW & KIMBERLY MOORE
BANKRUPTCY ESTATE
RONALD E. STADTMUELLER, TRUSTEE
CASE NO. 12-05267-LA7

    In Re:   **MISCELLANEOUS**

| DATE | | HOURS | AMOUNT |
|------|---|-------|--------|
| 06/12/2017 | Telephone call from Trustee Stadtmueller re case status and employment in case. | 0.2 | 48.00 |
| | Prepare engagement letter, application to employ, declaration and attachments for Trustee's signature. | 0.6 | 84.00 |
| | Send via email, employment application documents to Trustee Stadtmueller for his review and signature, receive back and print. | 0.2 | 48.00 |
| | Review the engagement letter, application to employ, the declaration and file all with the Court and send copy via email to the U.S. Trustee for review and issuance of UST SOP. | 0.2 | 28.00 |
| 06/12/2017 | Review UST SOP and file final order re employment with the Court. | 0.2 | 28.00 |
| 07/18/2017 | Prepare a summary of receipts and disbursements from the Trustee's transaction ledgers for the 2016 tax year. | 0.2 | 48.00 |
| 07/19/2017 | Email Trustee the 2016 federal and state fiduciary income tax returrns and transmittal letters to review and sign. | 0.3 | 72.00 |
| | Miscellaneous Time and Fees Totals | 1.9 | 356.00 |

Exhibit " B "                                                                 Page  8

ALAN MYERS, CPA
4121 PASEO MONTANAS
SAN DIEGO, CA  92130
T:  858 755 9639
amcpa53@gmail.com


MATTHEW & KIMBERLY MOORE
BANKRUPTCY ESTATE
RONALD E. STADTMUELLER, TRUSTEE
CASE NO. 12-05267-LA7

In Re:   **FEE APPLICATION**

| DATE | | HOURS | AMOUNT |
|------|--|-------|--------|
| 07/26/2017 | Prepare fee application and the exhibits of time and charges. | 2.2 | 407.00 |
| | Fee Application Time and Fees Totals | 2.2 | 407.00 |

Exhibit "B"

ALAN MYERS, CPA
4121 PASEO MONTANAS
SAN DIEGO, CA  92130
T:  858 755 9639
amcpa53@gmail.com


MATTHEW & KIMBERLY MOORE
BANKRUPTCY ESTATE
RONALD E. STADTMUELLER, TRUSTEE
CASE NO. 12-05267-LA7

    In Re:   **COSTS**

| DATE | | HOURS | AMOUNT |
|---|---|---|---|
| 07/26/2017 | Tax return computer processing charges - | 85.00 | |
| | Pacer Fees - | 0.00 | |
| | Postage - | 22.93 | |
| | Copies - | 20.00 | |
| | Costs Total | | 127.93 |

Exhibit "B"

Page 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re **MATTHEW & KIMBERLY,**
Case No. 12-05267-LA7

**CERTIFICATE OF SERVICE BY MAIL**

      I, the undersigned, whose address appears below, declare:  That I am a citizen of the United States, more than 18 years of age and a resident of San Diego County.

      On July 26, 2017, I served the following document(s):

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF COSTS OF ACCOUNTANT FOR TRUSTEE**

**I.**    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**</u>
Pursuant to controlling General Order(s) and Local Bankuptcy Rule(s) ("LBR"), the above document(s) will be served by the court via NEF and hyperlink to the document.  On **July 26, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

-     Ronald E. Stadtmueller  edfstadt@aol.com,  res@trustesolutions.net, ecfstadt@gmail.com
-     United States Trustee  ustp.region15@usdoj.gov
-     John Anthony Varley  attorneys@varleylaw.com
-     Jonathan J. Damen bknotice@rcolegal.com

**II.**    **SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL:**
On **July ___, 2017,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service, addressed as follows:

**III.**    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July ___, 2017,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows:

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 26, 2017                 /s/Alan Myers           
                                             Alan Myers
                                             4121 Paseo Montanas
                                           San Diego, CA  92130